IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CHANG QIU LIN,                       :
                                     :
        Petitioner                   :
                                     :
    v.                               :        CIVIL NO. 4:CV-16-1649
                                     :
CRAIG LOWE,                          :        (Judge Brann)
                                     :
        Respondent                   :

## **ORDER**

October 26, 2016

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus is **DISMISSED AS MOOT**.

2. The Clerk of Court is directed to **CLOSE** the case.

3. Based upon the Court's determination, there is no basis for the issuance of a certificate of appealability.

                    BY THE COURT

                       s/ Matthew W. Brann
                    Matthew W. Brann
                    United States District Judge